JOHN SCHUHARDT, complainant and respondent,

*v.*

CATHERINE WITTCKE, defendant and appellant.

[Submitted December 5th, 1910.   Decided January 12th, 1911.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Garrison, whose opinion is reported in *76 N. J. Eq. (6 Buch.) 119*.

*Mr. Marshall Van Winkle*, for the respondent.

*Mr. Warren Dixon*, for the appellant.

PER CURIAM.

The decree appealed from is affirmed, for the reasons expressed in the opinion of Vice-Chancellor Garrison.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, BOGERT, VREDENBURGH, CONGDON—11.

*For reversal*—None.